UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNESTINE (MOORE) GARZA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SEAN GORMAN, FRANCES L. KELLY, ALBERT BARCLAY WONG, DARREN R. COVINGTON, INDIANA PROFESSIONAL LICENSING AGENCY, INDIANA STATE BOARD OF NURSING, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 1:12-cv-00618-SEB-DKL

**JUDGMENT**

Pursuant to the Court's ruling entered simultaneously on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

Date: 02/19/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF